# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, | Case No. 2:18-cv-00931-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| AMBROSIA LANDS HOSPITALITY, INC., et al., | |
| Defendant(s). | |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed.R.Civ.P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than June 5, 2018.

IT IS SO ORDERED.

DATED: May 22, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge