FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  mricciardi@fisherphillips.com
E-Mail Address:  hwalker@fisherphillips.com
Attorneys for Defendants
Ambrosia Lands Hospitality, Inc.
and Longhorn Hotel, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually, | Case No. 2:18-cv-00931-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** <br> **(First Request)** |
| AMBROSIA LANDS HOSPITALITY, INC., a Nevada Corporation, and LONGHORN HOTEL, LLC, a Nevada Limited Liability Company, dba Longhorn Hotel & Casino, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED that Defendants will have an extension of time, up to and including August 24, 2018, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on file herein.  Defense counsel has only recently been retained and needs additional time to review the matter.  By entering into this Stipulation, Defendants do not waive any rights they have under statute, law, or rule to

///
///
///
///

challenge or oppose Plaintiff's Complaint. This is the first request for an extension.

| | |
|---|---|
| FULLER, FULLER & ASSOCIATES | FISHER & PHILLIPS |
| By: /s/ John P. Fuller, Esq. | By: /s/ Holly E. Walker, Esq. |
|     John P. Fuller, Esq. |     Mark J. Ricciardi, Esq. |
|     12000 Biscayne Blvd., Ste. 502 |     Holly E. Walker, Esq. |
|     North Miami, Florida 33181 |     300 S. Fourth Street |
| |     Suite 1500 |
|     Robert P. Spretnak, Esq. |     Las Vegas, NV 89101 |
|     Law Offices of Robert P. Spretnak |     Attorneys for Defendants |
|     8275 S. Eastern Avenue, Ste. 200 | |
|     Las Vegas, NV 89123 | |
|     Attorneys for Plaintiff | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 20, 2018

DATED this 17th day of August 2018.

                        FISHER & PHILLIPS LLP

                         /s/ Holly E. Walker, Esq.
                        HOLLY E. WALKER, ESQ.
                        300 S. Fourth Street
                        Suite 1500
                        Las Vegas, Nevada 89101
                        Attorneys for Defendants