FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
E-Mail Address: hwalker@fisherphillips.com
Attorneys for Defendants
Ambrosia Lands Hospitality, Inc.
and Longhorn Hotel, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually, | Case No. 2:18-cv-00931-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER**<br>**(Third Request)** |
| AMBROSIA LANDS HOSPITALITY, INC., a Nevada Corporation, and LONGHORN HOTEL, LLC, a Nevada Limited Liability Company, dba Longhorn Hotel & Casino, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED that Defendants will have an extension of time, up to and including September 28, 2018, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on file herein. The parties have agreed to discuss potential settlement and request this additional extension to facilitate the process. If settlement is not reached as a result of that discussion, Defendants shall have until September 28, 2018 to answer or otherwise respond to the Complaint. By entering into this Stipulation, Defendants do not waive any rights they have under

/ / /

/ / /

statute, law, or rule to challenge or oppose Plaintiff's Complaint. This is the third request for an extension.

| FULLER, FULLER & ASSOCIATES | FISHER & PHILLIPS |
|---|---|
| By: */s/John P. Fuller, Esq.*<br>John P. Fuller, Esq.<br>12000 Biscayne Blvd., Ste. 502<br>North Miami, Florida 33181<br><br>Robert P. Spretnak, Esq.<br>Law Offices of Robert P. Spretnak<br>8275 S. Eastern Avenue, Ste. 200<br>Las Vegas, NV 89123<br>Attorneys for Plaintiff | By: */s/ Holly E. Walker, Esq.*<br>Mark J. Ricciardi, Esq.<br>Holly E. Walker, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendants |

NO FURTHER EXTENSIONS WILL BE GRANTED.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 14, 2018

- 2 –