FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
E-Mail Address: hwalker@fisherphillips.com
Attorneys for Defendants
Ambrosia Lands Hospitality, Inc.
and Longhorn Hotel, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, Individually,<br><br>            Plaintiff,<br><br>v.<br><br>AMBROSIA LANDS HOSPITALITY, INC., a Nevada Corporation, and LONGHORN HOTEL, LLC, a Nevada Limited Liability Company, dba Longhorn Hotel & Casino,<br><br>            Defendants. | Case No. 2:18-cv-00931-JAD-NJK<br><br>**STIPULATION AND ORDER**<br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED that Defendants will have an extension of time, up to and including October 12, 2018, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on file herein. The parties have agreed to discuss potential settlement and request this additional extension to facilitate the process. If settlement is not reached as a result of that discussion, Defendants shall have until October 12, 2018 to answer or otherwise respond to the Complaint. By entering into this Stipulation, Defendants do not waive any rights they have under

/ / /

/ / /

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

statute, law, or rule to challenge or oppose Plaintiff's Complaint. This is the fourth request for an extension.

FULLER, FULLER & ASSOCIATES              FISHER & PHILLIPS


By: */s/John P. Fuller, Esq.*                    By*: /s/ Holly E. Walker, Esq.*
    John P. Fuller, Esq.                        Mark J. Ricciardi, Esq.
    12000 Biscayne Blvd., Ste. 502              Holly E. Walker, Esq.
    North Miami, Florida 33181                  300 S. Fourth Street
                                                 Suite 1500
    Robert P. Spretnak, Esq.                    Las Vegas, NV 89101
    Law Offices of Robert P. Spretnak          Attorneys for Defendants
    8275 S. Eastern Avenue, Ste. 200
    Las Vegas, NV 89123
    Attorneys for Plaintiff


IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

Dated: __October 1, 2018__


    DATED this 28th day of September, 2018.

                    FISHER & PHILLIPS LLP


                    */s/ Holly E. Walker, Esq.*
                    HOLLY E. WALKER, ESQ.
                    300 S. Fourth Street
                    Suite 1500
                    Las Vegas, Nevada 89101
                    Attorneys for Defendants

FPDOCS 34535468.1