FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
HOLLY E. WALKER. ESQ.
Nevada Bar No. 14295
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
E-Mail Address: hwalker@fisherphillips.com
Attorney for Defendants,
Ambrosia Lands Hospitality, Inc.
and Longhorn Hotel, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually, | Case No. 2:18-cv-00931-JAD-NJK |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| AMBROSIA LANDS HOSPITALITY, INC., a Nevada Corporation, and LONGHORN HOTEL, LLC, a Nevada Limited Liability Company, dba Longhorn Hotel & Casino, | |
| Defendants. | |

John Meggs ("Meggs") and Defendants Ambrosia Lands Hospitality, Inc. and Longhorn Hotel, LLC, by and through their respective undersigned counsel, hereby notify the Court that they have reached a resolution of all claims raised by Meggs in this matter and are in the process of reducing the resolution to writing. Accordingly, the parties agree that Defendants do not need to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on file herein.

/ / /

/ / /

/ / /

FPDOCS 34592539.1

- 1 -

1 | The parties agree to file a stipulation for dismissal within sixty (60) days.

2 | Dated: October 12th, 2018 | Dated: October 12th, 2018

3 | FULLER, FULLER & ASSOCIATES | FISHER & PHILLIPS

By: /s/ John P. Fuller, Esq. | By: /s/ Holly E. Walker, Esq.
    John P. Fuller, Esq. |     Mark J. Ricciardi, Esq.
    12000 Biscayne Blvd., Ste. 502 |     Holly E. Walker, Esq.
    North Miami, Florida 33181 |     300 S. Fourth Street
     |     Suite 1500
    Robert P. Spretnak, Esq. |     Las Vegas, NV 89101
    Law Offices of Robert P. Spretnak |     Attorneys for Defendant
    8275 S. Eastern Avenue, Ste. 200
    Las Vegas, NV 89123
    Attorneys for Plaintiff

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FPDOCS 34592539.1