# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, | Case No.: 2:18-cv-00931-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 17) |
| AMBROSIA LANDS HOSPITALITY, INC., *et al.*, | |
| Defendant(s). | |

Before the Court is the Plaintiff and Defendant Ambrosia Lands Hospitality, Inc.'s notice of settlement. Docket No. 17. The Court **ORDERS** these parties to file a stipulation of dismissal no later than December 17, 2018.

IT IS SO ORDERED.

Dated: October 15, 2018

NANCY J. KOPPE
United States Magistrate Judge