1  FISHER & PHILLIPS LLP
   MARK J. RICCIARDI, ESQ.
2  Nevada Bar No. 3141
   HOLLY E. WALKER, ESQ.
3  Nevada Bar No. 14295
4  300 S. Fourth Street, Suite 1500
   Las Vegas, NV  89101
5  Telephone:  (702) 252-3131
   E-Mail Address:  mricciardi@fisherphillips.com
6  E-Mail Address:  hwalker@fisherphillips.com
7  Attorneys for Defendants
   Ambrosia Lands Hospitality, Inc.
8  and Longhorn Hotel, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, Individually, | Case No.  2:18-cv-00931-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| AMBROSIA LANDS HOSPITALITY, INC., a Nevada Corporation, and LONGHORN HOTEL, LLC, a Nevada Limited Liability Company, dba Longhorn Hotel & Casino, | ECF No. 19 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' respective counsel of record, that this matter be dismissed with prejudice, with each

/ / /

/ / /

/ / /

/ / /

/ / /

– 1 –

FPDOCS 34788327.1

party to bear their own attorney's fees and costs.

FULLER, FULLER & ASSOCIATES

By: */s/ John P. Fuller, Esq.*
    John P. Fuller, Esq.
    12000 Biscayne Blvd., Ste. 502
    North Miami, Florida 33181

    Robert P. Spretnak, Esq.
    Law Offices of Robert P. Spretnak
    8275 S. Eastern Avenue, Ste. 200
    Las Vegas, NV 89123
    Attorneys for Plaintiff

FISHER & PHILLIPS

By: */s/ Holly E. Walker, Esq.*
    Mark J. Ricciardi, Esq.
    Holly E. Walker, Esq.
    300 S. Fourth Street, Suite 1500
    Las Vegas, NV 89101
    Attorneys for Defendants

## ORDER

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 12, 2018

– 2 –

FPDOCS 34788327.1